# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTAR BAILEY, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | |
| v. ) | NO. 1:20-cv-04079-CAP-CMS |
| ) | |
| HILL PHOENIX, INC. a/k/a ) | |
| DOVER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Antar Bailey and Defendant Hill Phoenix, Inc. through the undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, with each party to bear its own costs, including attorneys' fees.

**Respectfully submitted this 27th day of January 2021**

| | |
|---|---|
| */s/ ENBoehm w/express permiss. JDWales .* | */s/ John D. Wales* |
| Edward N. Boehm, Jr. | John D. Wales |
| Georgia Bar No. 183411 | Georgia Bar No. 730785 |
| tboehm@fisherphillips.com | JohnDWales@aol.com |
| FISHER & PHILLIPS LLP | Law Offices of John D. Wales |
| 1075 Peachtree Street NE | 600 Village Trace, Suite 175 |
| Suite 3500 | Marietta, Georgia 30067 |
| Atlanta, GA 30309 | |
| | |
| COUNSEL FOR DEFENDANT | COUNSEL FOR PLAINTIFF |